**EXHIBIT A**
**SUBJECT DESIGNS**



1
EXHIBIT A



2

EXHIBIT A

3

EXHIBIT A