3
EXHIBIT B