## SCHEDULE A



SCHEDULE A



2



3
SCHEDULE A



SCHEDULE A