UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOLLS KILL, INC., | |
| Plaintiff, | Case No. 1:24-cv-01960 |
| v. | Hon. Steven C. Seeger |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**TEMPORARY RESTRAINING ORDER**

Plaintiff DOLLS KILL, INC. ("DOLLS KILL") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a temporary injunction, alternative service, a temporary asset restraint and expedited discovery (the "Motion") against the fully interactive, e- commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS DOLLS KILL's Motion in part as follows.

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, DOLLS KILL has provided a basis to conclude that Defendants have targeted sales and advertisements to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have advertised and sold products using infringing and counterfeit versions of DOLLS KILL's federally registered Copyrights (the

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces

1

"DOLLS KILL Copyrights") to residents of Illinois. In this case, DOLLS KILL has presented screenshot evidence that each Defendant e- commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the DOLLS KILL Copyrights. See Docket No. 2, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the DOLLS KILL Copyrights. A list of the DOLLS KILL Copyrights are included in the below chart.

| REGISTRATION NUMBER | REGISTERED COPYRIGHTS | COPYRIGHT DEPOSIT |
|---|---|---|
| VA 2-288-041 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA 229-8765 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA 2-284-380 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA 236-3239 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA 230-1576 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA0002328494 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA0002303093 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA0002369408 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA0002359850 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |
| VA0002377038 | Dolls Kill, Inc. | See Dkt. 8, Decl. of Olfa B'Chir |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because DOLLS KILL has presented specific facts in the Declaration of Olfa B'Chir in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts. Accordingly, this Court orders that:

1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting

for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

a. using the DOLLS KILL Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine DOLLS KILL product or not authorized by DOLLS KILL to be sold in connection with the DOLLS KILL Copyrights;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine DOLLS KILL product or any other product produced by DOLLS KILL, that is not DOLLS KILL or not produced under the authorization, control, or supervision of DOLLS KILL and approved by DOLLS KILL for sale under the DOLLS KILL Copyrights;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of DOLLS KILL, or are sponsored by, approved by, or otherwise connected with DOLLS KILL; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for DOLLS KILL, nor authorized by DOLLS KILL to be sold or offered for sale, and which bear any of DOLLS KILL's Copyrights, including the DOLLS KILL Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. DOLLS KILL is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. The Court authorizes Plaintiff to serve third-party discovery on an expedited basis, with responses due not less than 10 days after service. The requests shall be proportional to the immediate needs of the case. *See* Fed. R. Civ. P. 26(b)(1). For example, a request for "documents sufficient to show X" is better than a

        request for "all documents showing X." Plaintiff shall consider what documents it genuinely needs at this early stage, and shall take into account the burden on third parties. Plaintiff shall work cooperatively with third parties impacted by this Order and make reasonable, good faith efforts to ease the burdens imposed by Plaintiff's request for expedited discovery.Upon DOLLS KILL's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the DOLLS KILL Copyrights.

4. DOLLS KILL may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit B and Dto the Complaint and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "[FIRST DEFENDANT] and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their

objections.

5. DOLLS KILL must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

6. Within seven (7) calendar days of entry of this Order, DOLLS KILL shall deposit with the Court $15,000.00, either cash, business check, or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8. This Temporary Restraining Order without notice is entered at 5:00 p.m. on April 26, 2024 and shall remain in effect for fourteen (14) calendar days.

Date: April 26, 2024

Steven C. Seeger
United States District Judge

**SCHEDULE A**

| No. | Claims | Defendant Seller Alias | Seller ID | ASIN/Product Number | Platform |
|---|---|---|---|---|---|
| 1 | SD | LZLRun (FangFei) | A2KM6PO6WPRZ69 | B0B2P38DPJ<br>B0B1PR1384<br>B09FYX4S3D<br>B09FYWCY7Y<br>B09FYWN1YK<br>B09FYX2PZ4<br>B09FYVRLV2<br>B0953DC6GF<br>B09FLFC3ZC<br>B09X32M4PL<br>B0B1PR1384<br>B0B4J6V3KQ<br>B0B4P55DZW<br>B09Z2T12LD<br>B0953CZ5V5<br>B09M8C3YWY | Amazon |
| 2 | A | Purjarda | A1QC7KFMHF4JWQ | B098F94RKY | Amazon |
| 3 | SD | ARQA | AD1V1NYJTMDQD | B094XS24X9<br>B094XHDK6D<br>B094XSQJF9<br>B08W3X1KYS<br>B08W3W7G93<br>B08W3VRGHQ<br>B08W3X1KYS<br>B08W3TD7GT<br>B08W3WK3XM<br>B08W3TSVJ7<br>B08W3VT7MP<br>B08W3SKCHF<br>B08W3VKN6C<br>B08W3WVRQK<br>B094XTSNGX<br>B094XRZTSL<br>B094XSLK1G<br>B094XQT1LC<br>B094XTXTWM<br>B094XSG9C6<br>B094XTL9B5<br>B094XSG21C<br>B094XS24X9<br>B094XSJH2W | Amazon |

| | | | | B094XSGTH7 B094XTRG3T B094XSQJF9 B094XTSHKV B094XQR21Q B094XTXTWQ B094XTVPW1 B094XV31SK B094XSN96R B094XTX6SP | |
|---|---|---|---|---|---|
| 4 | SD | Avalon Home | A2B4GYNMNWJ7F | B09XX5VL9M B0BQFR2YY8 B0BQFS7S6H B0BQFPBMQ2 B0BQFR65C8 B0BQFQQ4HB B0BQFRKDNR B0BQFQNYH7 B0BQFP8SZF B0BQFP8R58 B0BQFP5TBK B0BQFQLYZ5 | Amazon |

| 5 | SD | 喵啊呜 IMPREMEY | A2IJWKDR4FQ70B | B0CB5V7S71<br>B0C1JJLRH4<br>B0C1JHFY51<br>B0C1JLQRL3<br>B0C1JL4QLW<br>B0C1JHX2DN<br>B0C1JHX61P<br>B0C1JJLMRV<br>B0C1JHPYYY<br>B0C1JJDR31<br>B0C1JKTLV4<br>B0C1JKXY8Z<br>B0C1JK2HC6<br>B0C1JJR427<br>B0C1JKL2SV<br>B0C1JK7W35<br>B0C1JHTKX3<br>B0C1JLNRG6<br>B0C1JGZGFN<br>B0C1JJYC9Q<br>B0C1JH6JRR<br>B0C1JK63ZZ<br>B0C1JJGWMZ<br>B0C1JJK8D6<br>B0C1JKY21G<br>B0C1JLVQDG<br>B0C1JLTCBL<br>B0C1JJT735<br>B0C1JHYMSY | Amazon |
| 6 | SD | Gogne Shoes | A1EVYC6O6VB30Y | B07MV4PZQT<br>B07MTYJXYJ<br>B07MV3Z921<br>B07MTYTX54 | Amazon |
| 7 | SD | ohichiic | A1JW1HQ125E8W4 | B09MW9LYMH<br>B09MWB5CLJ<br>B09MWBFVGT<br>B09MWB33K9<br>B09MWCJ4LF<br>B09MWBGLLG<br>B09MW9XG4L<br>B09MWC5NTJ<br>B09MWB2415 | Amazon |
| 8 | A | Luolania | A3H9RESPJ89G37 | B0BRXXD1H9 | Amazon |
| 9 | A | Zhinanertui | A2OIP08XF97XN8 | B0BRZTY612 | Amazon |

| 10 | SD | MengEryt | A3G2JN8VLWLVD1 | B07Q2R6H7L, B0998JC9NZ, B084ZQ2Y1M, B07Q2M93FN | Amazon |
|---|---|---|---|---|---|
| 11 | A | Galawaqe | A3KAJDGGIUEXDZ | B07Q2R6H7L B09M9Y8XR7 B0CN31N9DM B0CN31GM6F B09M9YY5YV B099D99C6V B0CN35DQG4 B0CN32W6B3 B0CN32CHLS B0CN342DWV | Amazon |
| 12 | A | Liuchaoxiaomaibu | | B0BS6BJ2P8 | Amazon |
| 13 | SD | Anxianhe- Brand Bangyeer | | B0BSL6DS55 | Amazon |
| 14 | A | Max Fashion Shop | A1WLLADPE53FJ9 | B0CHMPX9S9 B0CLNT5FTG B0CHMPQZ31 B0CHMNZC2D B0CHMQYSL4 B0CHMPQTBY B0CHMPYFQV B0CHMPVN16 B0CHMRSH31 B0CHMPPQ92 B0CHMQHY62 B0CHMPQZ31 B0CHMPX9S9 | Amazon |
| 15 | A | ThusFar | A26YHXEFKH9OBZ | B0CLC95SZM B0CJHKBSCY B0CJHQP71N B0CLC5CKXS B0CJHQP71N B0CJHJZTF9 | Amazon |