# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Dolls Kill, Inc.

V.

The Partnerships and Unincorporated Associations Identified in Schedule "A"

CASE NUMBER: 1:24-cv-01960

ASSIGNED JUDGE: Steven C. Seeger

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

LZLRun (FangFei) and all other Defendants identified in the Complaint

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mackenzie Paladino, Esq. (Bar No. 6342560)
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



_____
(By) DEPUTY CLERK

May 3, 2024

_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/6/2024 |
| NAME OF SERVER *(PRINT)* Mackenzie Paladino | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via electronic mail to the addresses provided by third party ecommerce platforms, and as described in the attached Service List, as authorized in the Temporary Restraining Order (ECF 10), including link to published website containing Complaint, Summons, TRO, and other relevant documents.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/6/2024
Date

/s/ Mackenzie Paladino
*Signature of Server*

DONIGER / BURROUGHS
247 Water Street, First Floor
New York, NY 10038
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Def No. | Seller ID | Merchant Name | Merchant Email | Counsel | Date Served |
|---|---|---|---|---|---|
| 1 | A2KM6PO6WPRZ69 | shenzhenfangfeimaoyiyouxiangongsi | zqfus@outlook.com | Jeffrey.liu@usatro.com | 5/6/2024 |
| 2 | A1QC7KFMHF4JWQ | chengduchaoyanyayidianzishangwuyouxiangongsi | angquannimi@126.com | | 5/6/2024 |
| 3 | AD1V1NYJTMDQD | sichuansiminjieshangmaoyouxiangongsi | siminjie88@163.com | skalberg@directionip.com dbennet@directionip.com | 5/6/2024 |
| 4 | A2B4GYNMNWJ7F | Avalon Varada | avaloncvarada@gmail.com | | 5/6/2024 |
| 5 | A2IJWKDR4FQ70B | Chengdu Meow Woo Trading Co., Ltd | huangyibo492@163.com | Jeffrey.liu@usatro.com | 5/6/2024 |
| 6 | A1EVYC6O6VB30Y | Dongguan Gogne Shoes Design Co., Ltd. | 601181341@qq.com | | 5/6/2024 |
| 7 | A1JW1HQ125E8W4 | Chengdu chengziyu Trade co., LTD | orangebaiyun@outlook.com | | 5/6/2024 |
| 8 | A3H9RESPJ89G37 | wuhanliangjiaxunshangmaoyouxiangongsi | liuxiuli1972521@outlook.com | | 5/6/2024 |
| 9 | A2OIP08XF97XN8 | yunchengshishulingdianzishangwuyouxiangongsi | buyaoxingxin@163.com | mstanley@fordbanister.com | 5/6/2024 |
| 10 | A3G2JN8VLWLVD1 | Hangzhou Chunyi Trading Co., LTD | nihanpay@126.com | | 5/6/2024 |
| 11 | A3KAJDGGIUEXDZ | Hangzhou Moxuan Trading Co., Ltd | galawaqe123@163.com | | 5/6/2024 |
| 14 | A1WLLADPE53FJ9 | Xiamen Dingbing Maoyi Youxiangongsi | dbmyxjc@sina.com | | 5/6/2024 |
| 15 | A26YHXEFKH9OBZ | Xiamen Xingtaofeng Maoyi Youxiangongsi | wkxdmy@126.com | | 5/6/2024 |