IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DOLLS KILL, INC.,**<br><br>     Plaintiff,<br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,**<br><br>     Defendants. | Case No.: 1:24-cv-1960<br><br>Honorable Steven C. Seeger |

## UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR DEFENDANT ARQA TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant ARQA ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant state as follows:

1. Plaintiff Dolls Kill, Inc., ("Plaintiff") commenced this action for copyright infringement on March 7, 2024. (Dkt. No. 1).

2. Plaintiff contends that Defendant was served the summons and Complaint on May 6, 2024. (Dkt. No. 12). Based on that date, Defendant's response is due on May 27, 2024. (*Id.*).

3. Plaintiff has agreed to an extension to June 26, 2024.

4. Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including June 26, 2024. Defendant requests the extension to allow additional time to investigate the allegation of copyright infringement in the Complaint.

5. Plaintiff has stated that it does not oppose Defendant's request for an extension of time for Defendant to answer or otherwise respond to the Complaint.

Defendant ARQA therefore respectfully requests that the Court extend the time for ARQA to answer Plaintiffs' Complaint through and including June 26, 2024.

Dated: May 8, 2024            Respectfully submitted,

*/s/ Steven G. Kalberg*
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: skalberg@directionip.com

*Counsel for Defendant ARQA*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2024, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg