# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dolls Kill, Inc.

        Plaintiff,

v.

Case No.: 1:24−cv−01960

Honorable Steven C. Seeger

The Partnerships and Unicorporated Associations Identified in Schedule A, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 9, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant ARQA's motion for an extension of time to respond to the complaint (Dckt. No. [17]) is hereby granted. The Court grants Defendant ARQU (only) an extension until June 26, 2024 to respond to the complaint. The extension does not apply to any other defendant. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.