UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOLLS KILL, INC., a California Corporation, | Case No. 1:24-cv-01960 |
| Plaintiff, | Hon. Steven C. Seeger |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | |
| Defendants. | |

**DEFAULT JUDGMENT**

This Court hereby enters final judgment in favor of Plaintiff Dolls Kill, Inc. ("Dolls Kill") and against Defendants MengEryt (Seller ID: A3G2JN8VLWLVD1) ("DOE 10") and Galawaqe (Seller ID: A3KAJDGGIUEXDZ) ("DOE 11") (collectively, "Defaulting Defendants") as follows.

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Subject Works or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dolls Kill product or not authorized by Dolls Kill to be sold in connection with the Subject Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dolls Kill product or any other product produced by Dolls Kill, that is not Dolls Kill's or not produced under the authorization, control, or supervision of Dolls Kill and approved by Dolls Kill for sale using the Subject Works;

1

    c. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dolls Kill, nor authorized by Dolls Kill to be sold or offered for sale, and which bear any of Dolls Kill's copyrighted works, including the Subject Works, or any reproductions, counterfeit copies or colorable imitations.

2. Pursuant to 17 U.S.C. § 504(c)(2), Dolls Kill is awarded statutory damages from Defaulting Defendant MengEryt in the amount of $1,000 and Defaulting Defendant Galawaqe in the amount of $1,000 for willful use of counterfeit Subject Works on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3. Plaintiff may enforce this judgment as contemplated in the Federal Rules.

4. The Fifteen Thousand-dollar ($15,000) bond posted by Dolls Kill is hereby released to Dolls Kill or its counsel, Doniger / Burroughs. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Dolls Kill or its counsel.

IT IS SO ORDERED.

Date: September 27, 2024

                                                    Steven C. Seeger
                                                    United States District Judge

# Schedule A

| <u>No.</u> | <u>Seller Name</u> | <u>Seller ID</u> |
|---|---|---|
| 10 | MengEryt | A3G2JN8VLWLVD1 |
| 11 | Galawaqe | A3KAJDGGIUEXDZ |